IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEMETHRIS REED                                                                                          PLAINTIFF

VS.                                                                            CIVIL ACTION NO. 4:06cv95-DPJ-JCS

EMCF MEDICAL STAFF, et al.                                                                        DEFENDANTS

### ORDER

This cause is before the court on Plaintiff's "Application to Clerk for Entry of Default and Supporting Affidavit," (dkt. # 22, docketed by the Clerk as "Motion for Default Judgment Against Defendants").  The docket sheet clearly shows that Plaintiff is not entitled to entry of default, as Defendants for whom process has issued filed and served an Answer to the Complaint within twenty days of service of process.  Furthermore, although Defendants did not meet their original deadline for the filing of a motion for summary judgment, that deadline has been extended by the court.  Accordingly, Plaintiff's application is without merit, and the Clerk is instructed to deny same.  To the extent the application seeks any further relief from the court, the application is denied.

SO ORDERED this the 27th day of February, 2008.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE